# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEC CORPORATION OF AMERICA, § § § Plaintiff, § § v. § Civil Action No. 1:15-cv-09479 § Judge Virginia M. Kendall § WILDCAT LICENSING LLC, JEFFREY W. § SALMON, and SOCKEYE LICENSING TX § LLC, § **Jury Trial Demanded** § Defendants. § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff NEC Corporation of America and Defendants Wildcat Licensing LLC, Jeffrey W. Salmon, and Sockeye Licensing TX LLC, by and through their counsel of record, hereby submit this joint stipulation for dismissal with prejudice of all claims, counterclaims, and defenses asserted, or that could have been asserted, in this case related to U.S. Patent Nos. 8,135,342 and 8,879,987. Each party shall bear its own attorneys' fees and costs incurred in this action.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that all claims, counterclaims, and defenses asserted, or that could have been asserted, in this case related to U.S. Patent Nos. 8,135,342 and 8,879,987 are dismissed with prejudice. It is further ORDERED that each party shall bear its own attorneys' fees and costs.

SO ORDERED this _____ day of March, 2016:

 

Virginia M. Kendall
United States District Judge

**STIPULATED AND AGREED TO:**

Dated March 29, 2016

| | |
|---|---|
| /s/ __Adam Allgood_____ _<br>Jason C. White<br>Email: jwhite@morganlewis.com<br>Morgan Lewis & Bockius LLP<br>77 West Wacker Drive<br>Chicago, IL 60601<br>(312) 324-1775<br>Fax: (312) 324-1001<br><br>Adam Allgood<br>Email: aallgood@morganlewis.com<br>Jason Muriby<br>Email: jmuriby@morganlewis.com<br>Morgan, Lewis & Bockius Llp<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br><br>Robert Busby<br>Email: rbusby@morganlewis.com<br>Morgan, Lewis & Bockius Llp<br>1111 Pennsylvania Avenue, Nw<br>Washington, DC 20004<br>(202) 739-5970<br><br>**Counsel for Plaintiff**<br>**NEC Corporation of America** | /s/*Stefanie T. Scott*_____<br>Frank John Andreou<br>Email: fandreou@andreou-casson.com<br>Brittni Wynser King<br>Email: bking@andreou-casson.com<br>Andreou & Casson, Ltd.<br>661 West Lake Street<br>Suite 2 North<br>Chicago, IL 60661<br>(312) 935-2000<br><br>Andrew G. DiNovo<br>Email: adinovo@dpelaw.com<br>Stefanie Tina Scott<br>Email: sscott@dpelaw.com<br>DiNovo Price Ellwanger & Hardy LLP<br>7000 North MoPac Expressway<br>Suite 350<br>Austin, TX 78731<br>(512) 539-2626<br>Fax: (512) 539-2627<br><br>**Counsel for Defendants Wildcat**<br>**Licensing LLC, Jeffrey W. Salmon, and**<br>**Sockeye Licensing TX LLC** |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 29, 2016, the **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed using the Court's ECF system, which will send an electronic copy of this filing to all counsel of record.

*/s/Stefanie T. Scott*
Stefanie T. Scott
